USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/13/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
BRIANA K. REID,

           Plaintiff,

           -v-

EAN HOLDINGS LLC and DAVE C. DUFFUS,

           Defendants.
-------------------------------------------------------------------X

**ORDER**

24-CV-1605 (LJL) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    By an Order of Reference dated September 12, 2024, this case was referred to me for settlement. As soon as practicable, the parties are directed to contact Chambers at RicardoNYSDChambers@nysd.uscourts.gov, copying all counsel or the pro se litigant if they are unrepresented, to schedule a settlement conference for a time when they believe it would be productive.

**SO ORDERED.**

Dated: September 13, 2024
      New York, New York

_____
HENRY J. RICARDO
United States Magistrate Judge

1